■ HELEN C. GREENE, Respondent, v THEODORE J. GREENE, Individually and as a Partner of FINLEY, KUMBLE, WAGNER, HEINE & UNDERBERG, et al., Defendants and Third-Party Plaintiffs-Appellants. NORMAN R. GRUTMAN et al., Third-Party Defendants-Respondents.—Order, Supreme Court, New York County, entered on February 22, 1978, affirmed for the reasons stated by Hughes, J. Plaintiff-respondent shall recover of appellants $60 costs and disbursements of this appeal. Concur—Fein, Sandler and Sullivan, JJ.; Kupferman, J. P. and Birns, J. dissent in the following memorandum by Kupferman, J. P.: I dissent and would reverse and grant the motion. My determination assumes, of course, the good faith of the third-party defendants-respondents. However, I do not believe that a partner in a law firm may, after leaving the firm, accept as a client one who previously was represented by the law firm and now, among other things, brings suit against them. *(Cardinale v Golinello,* 43 NY2d 288; *Rotante v Lawrence Hosp.,* 46 AD2d 199; *Consolidated Theatres v Warner Bros. Circuit Mgt. Corp.,* 216 F2d 920; cf. *Cinema 5 v Cinerama, Inc.,* 528 F2d 1384; see, also, The Unfortunate Lawyer—Counsel on the Ropes in the Second Circuit, Bronx Bar Advocate, vol 22, No. 3, May-June 1975, p 71.)